IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,

    Plaintiff,

  v.

UNKNOWN,

    Defendant.
_____/

No. C 16-80060M CW

ORDER RETURNING COMPLAINT TO PLAINTIFF

On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes.  The pre-filing order states that if Mr. Grimes files a complaint that is "related to any of the following matters:

> (1) a diversified group of individuals who commit acts of terror against Mr. Grimes, his family and other citizens;
>
> (2) an injunction against the defendants to prevent them from kidnaping, framing, falsely imprisoning or otherwise terrorizing Mr. Grimes, his family, and other citizens;
>
> (3) a court order for the defendants to be subjected to a lie detector test;
>
> (4) covert terrorism

it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations.  Second, no other complaints filed by Mr. Grimes while he is not incarcerated or detained will be filed unless they contain intelligible factual allegations and claims for relief."

The Court has reviewed the above-captioned complaint filed by Mr. Grimes and finds that it shall not be filed because it seeks a

court order for somebody to be subjected to a lie detector test. Mr. Grimes alleges no cognizable causes of action in this complaint.

Because the above-captioned complaint concerns a matter mentioned in the pre-filing order and presents no cognizable cause of action, the Clerk of the Court is ordered not to file it.[1] Instead, the complaint shall be returned to Mr. Grimes.

IT IS SO ORDERED.

Dated: June 8, 2016

CLAUDIA WILKEN
United States District Judge

---

[1] The Court also notes that at least one page of the complaint contains a caption for a Louisiana State Court and another contains a caption for the United States District Court for the Middle District of Florida and the complaint describes events that took place in Florida.  Accordingly, it is not clear that this Court is the appropriate venue for any claims arising out of these events.

2